**Order entered March 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00131-CR

**JEREMY DALE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80583-2017**

## ORDER

The State's unopposed motion for extension of time to file brief is **GRANTED**. The State's brief tendered with the motion is deemed **FILED** March 13, 2019.

/s/ DAVID L. BRIDGES
   PRESIDING JUSTICE